■ In the Matter of SETH ROTTER (Admitted as SETH RICHARD ROTTER), a Suspended Attorney. [718 NYS2d 815] —Application for reinstatement referred to Departmental Disciplin-

ary Committee, as indicated. No opinion. Concur—Sullivan, P. J., Williams, Tom, Wallach and Rubin, JJ.